UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA PORTILLO CARRANZA,<br>Petitioner,<br>v.<br>JEFF SESSIONS, et al.,<br>Respondents. | Case No. 18-cv-01946-SI<br><br>**JUDGMENT** |

On June 11, 2018, the Court dismissed petitioner's habeas corpus petition with leave to amend subject to a showing of appeal to the Board of Immigration Appeals. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 11, 2018

_____
SUSAN ILLSTON
United States District Judge